**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MANUEL RODRIGUEZ**                                                                     **PLAINTIFF**
**#A070766210**

**V.**                      **NO: 5:09CV00063 BSM**

**TAMMY COURTNEY** *et al.*                                            **DEFENDANTS**

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 14th day of December, 2009.

                                                             /s/ Brian S. Miller
                                                             UNITED STATES DISTRICT JUDGE